# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:05cr231

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ALBERT STEVE LYNCH. | ) | |

**THIS MATTER** is before the Court on the Government's Request for Disposition of Evidence [Doc. 47].

The Government asks the Court to permit the Federal Bureau of Investigation "in accordance with its regulations" to destroy a weapon which was seized from the Defendant and which has been held as evidence. No such regulations are cited. Without more, it appears to the Court that the regulations provide all the instruction necessary for the Bureau to exercise its authority to destroy the weapon and that Court intervention is unnecessary.

**IT IS, THEREFORE, ORDERED** that the Government's Request for Disposition of Evidence [Doc. 47] is hereby **DENIED**.

Signed: June 10, 2011

Martin Reidinger
United States District Judge